# FIRST STATE BANK OF ODESSA v. R. G. KRUEGER.[1]

February 9, 1917.

Nos. 20,180—(267).

**Dismissal of action.**

The trial court did not err in dismissing the action on the ground that there was not sufficient evidence to justify a verdict against defendant. [Reporter.]

Action in the district court for Big Stone county to recover $140, the amount of a claim against the estate of a decedent, which defendant, it was alleged, failed to present to the probate court for that county within the time limited for the presentation of claims, by reason of which the claim was lost. The answer was a general denial. The case was tried before Flaherty, J., who when plaintiff rested dismissed the action. From the judgment entered pursuant to the order for judgment, plaintiff appealed. Affirmed.

*Kaercher & Freerks,* for appellant.

*Cliff & Purcell,* for respondent.

PER CURIAM.

This action was dismissed at the close of plaintiff's case upon the ground that there was not sufficient evidence to justify a verdict against defendant. After a careful examination of the record we concur in that conclusion. The right of plaintiff to recover depended upon the question whether defendant ever became the active cashier of plaintiff, or ever assumed the duties or responsibilities of the position. The evidence will not justify an affirmative answer to the question, and the dismissal was proper.

Order affirmed.

[1]Reported in 161 N. W. 1054.